NATHAN BELCHER ET AL. *v.* GEORGE C. CONWAY,
ATTORNEY GENERAL OF THE STATE OF
CONNECTICUT, ET AL.

The motion by the plaintiffs Ralph E. Wadleigh et al. to dismiss the appeal of the plaintiffs Gaspare J. Cavasino et al. from the Superior Court in New London County is denied by the court without prejudice to a hearing on the issue of aggrievement at the argument on appeal.

*L. P. Gray III,* in support of the motion.

*Francis T. Londregan, Leo J. McNamara, Kevin E. Booth,* and *Daniel D. Schwartz,* in opposition.

The motion by the defendant Williams Memorial Institute to dismiss the appeal of the plaintiffs Gaspare J. Cavasino et al. from the Superior Court in New London County is denied by the court without prejudice to a hearing on the issue of aggrievement at the argument on appeal.

*James C. McGuire,* in support of the motion.

*Francis T. Londregan, Leo J. McNamara, Kevin E. Booth,* and *Daniel D. Schwartz,* in opposition.

Submitted May 24—decided June 6, 1978

THOMAS C. KNEE *v.* CONSTANCE KNEE

The defendant's motion to dismiss the appeal from the Superior Court in Hartford County is denied by the court.

*Gerald A. Roisman,* for the appellee (defendant).

*C. Thomas Furniss,* for the appellant (plaintiff).